ARTHUR S. KATZ *v.* STANLEY J. PAC, COMMISSIONER
OF MOTOR VEHICLES ET AL.

The defendants' motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*Leslie D. McCallum,* assistant attorney general, for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued November 3—decided November 3, 1976

GLORIA MARZANO *v.* JOSEPH ALLEYNE, DIRECTOR,
DEPARTMENT OF SOCIAL SERVICES,
CITY OF HARTFORD

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Hartford is granted.

*Barry S. Zitser,* assistant corporation counsel, for the appellee (defendant).

*Peter F. Helwig,* for the appellant (plaintiff).

Argued November 3—decided November 3, 1976

LAUREL, INC. *v.* COMMISSIONER OF TRANSPORTATION
OF THE STATE OF CONNECTICUT

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Philip Baroff,* for the appellee (plaintiff).

*Robert Y. Pelgrift,* assistant attorney general, for the appellant (defendant).